VERONICA S. URIAN, PLAINTIFF-RESPONDENT, v.
THOMAS URIAN, DEFENDANT-PETITIONER.

See same case below: 31 *N. J. Super.* 608.

*Messrs. Kahn & Schildkraut* for the petitioner.

*Mr. William Reich* for the respondent.

December 13, 1954. Denied.